# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) LISA FERLAINO and  
(2) JAMES FERLAINO,  

    Plaintiffs,  

v.                                          Case No. CIV-20-939-C  

(1) CROSSLAND HEAVY  
CONTRACTORS, INC.,  

    Defendant,  

(1) COMPSOURCE MUTUAL  
INSURANCE CO.,  

    Intervenor.  

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiffs Lisa Ferlaino and James Ferlaino, Defendant Crossland Heavy Contractors, Inc. and Intervenor CompSource Mutual Insurance Co., and hereby stipulate and agree that the above-captioned cause may, upon order of the Court, be dismissed with prejudice to further litigation pertaining to all matters involved herein and state that a compromise settlement covering all claims involved in the above-captioned cause has been made between the parties, and the said parties hereby request the Court dismiss said action with prejudice, pursuant to this stipulation.

Respectfully submitted,

*s/Kenyatta R. Bethea*
Kenyatta R. Bethea, OBA #18650
HOLLOWAY BETHEA & OTHERS
3035 N.W. 63rd Street, Suite 102N
Oklahoma City, OK  73116
kbethea@hbolaw.com
***Attorney for Plaintiffs***


*s/Thomas A. Paruolo*
Thomas A. Paruolo, OBA # 18442
Derek Cowan, OBA # 31525
DEWITT, PARUOLO & MEEK
P.O. Box 138800
Oklahoma City, OK 73113
Telephone:  405/705-3600
Facsimile:   405/705-2573
tom@46legal.com
dcowan@46legal.com
***ATTORNEYS FOR DEFENDANT***
***CROSSLAND HEAVY CONTRACTORS, INC***


*s/Adam W. Christensen*
Adam W. Christensen, OBA #30523
CHRISTENSEN LAW, P.L.L.C.
3401 N.W. 63rd Street, Suite 611
Oklahoma City, OK  73116
adam@christensen.law
***Attorneys for Intervenor,***
***CompSource Mutual Ins. Co.***